**Order entered January 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01286-CV

### IN RE JAY COOPER, Relator

**Original Proceeding from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02636-2018**

## ORDER
Before Justices Bridges, Osborne, and Nowell

Before the Court are the following motions:

1.  Relator's Motion to Issue Writ of Mandamus, filed December 31, 2018;

2.  Relator's Motion to Clarify, filed December 31, 2018;

3.  Real Party in Interest's Motion to Dissolve Stay, filed January 7, 2019, and Relator's Emergency Response to Motion to Dissolve Stay, filed January 11, 2019;

4.  Relator's Motion for Contempt, filed January 7, 2019;

5.  Relator's Emergency Motion to Dismiss Motion to Dissolve Stay, filed January 8, 2019;

6.  Relator's Amended Emergency Motion to Dismiss Motion to Dissolve Stay, filed January 10, 2019; and

7. Relator's Motion for Order to Limit Monikers, filed January 10, 2019.

We **DENY** Relator's motions. We **GRANT** Real Party in Interest's motion. We **ORDER** that this Court's October 26, 2018 stay of the trial court's October 19, 2018 judgment and all efforts to enforce that judgment is **LIFTED**.

/s/    LESLIE OSBORNE
            JUSTICE